

1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

MAR 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-MJ-0066 DAD

In re Arrest Warrant and       )   MISC. NO.
Criminal Complaint,            )
                               )
   **Derick Breski.**          )
                               )
_____)

   The United States hereby applies for an order sealing the Arrest Warrant, Criminal Complaint, Affidavit and related documents, in this matter, on the grounds stated in the attached Affidavit.

DATED: March 16, 2010

                                   /s/ Robin Taylor
                                   ROBIN R. TAYLOR
                                   Assistant U.S. Attorney

1

## ORDER

The Court hereby orders that the Arrest Warrant, Criminal Complaint, Affidavit and related documents, shall be sealed until further order of the Court or until the arrest of a defendant in this case, whichever comes first.

DATED: *March 16*, 2010

*Dale A. Drozd*
HON. DALE A. DROZD
U.S. Magistrate Judge