FILED
March 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DERICK BRESKI, )<br>)<br>Defendant. ) | Case No. MAG. 10-0066 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DERICK BRESKI__ , Case No. __MAG. 10-0066 DAD__ , Charge __Title 18 USC §§ 2319; 2320__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ _50,000.00 co-signed by mother_

        X Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    X (Other) _Pretrial Services Supervision of Conditions of Release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 18, 2010__ at __3:00__ pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge