1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERICK BRESKI



FILED

MAY 14 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MAG-10-0066-DAD EFB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| DERICK BRESKI, | Date: May 14, 2010<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of May 14, 2010 be vacated, and a new preliminary examination hearing date of May 28, 2010 at 2:00 p.m. be set.

   This continuance is being requested as counsel for the government is currently in trial, and the parties are negotiating a plea agreement with a waiver of grand jury indictment.

   It is further stipulated and agreed between the parties that the period beginning May 14, 2010, through and including May 28, 2010, should be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 14, 2010                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender

                                               */s/ Matthew C. Bockmon*
                                               MATTHEW C. BOCKMON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               DERICK BRESKI

Dated: May 14, 2010                    BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Matthew C.Bockmon for*
                                               ROBIN TAYLOR
                                               Assistant U.S. Attorney

# O R D E R

For the reasons set forth above, the preliminary hearing is continued to May 28, 2009 at 2:00 p.m. The Court finding good cause, time is excluded from May 14, 2010 through May 28, 2010.

**IT IS SO ORDERED.**

Dated: May 14, 2010

                                               EDMUND F. BRENNAN
                                               United States Magistrate Judge