```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DERICK BRESKI
```

FILED
MAY 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-mj-0066-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **PRELIMINARY HEARING** |
| v. | ) |
| DERICK BRESKI, | ) Date: June 11, 2010 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of May 28, 2010 be vacated, and a new preliminary examination hearing date of June 11, 2010, at 2:00 p.m., before Magistrate Judge Kimberly J. Mueller be set.

This continuance is being requested because counsel for the government just concluded her trial, and the parties need additional time to negotiate a plea agreement with a waiver of grand jury indictment.

/ / /

1 | / / /

2 | It is further stipulated and agreed between the parties that the
3 | period beginning May 28, 2010, through and including June 11, 2010,
4 | should be excluded in computing the time within which trial must
5 | commence under the Speedy Trial Act, pursuant to 18 U.S.C.
6 | § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
7 | counsel.

8 | Dated: May 27, 2010                    Respectfully submitted,

9 |                                         DANIEL J. BRODERICK
                                            Federal Defender
10 |

11 |                                        /s/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
12 |                                        Assistant Federal Defender
                                            Attorney for Defendant
13 |                                        DERICK BRESKI

14 |

15 | Dated: May 27, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
16 |

17 |                                        /s/ Matthew C.Bockmon for
                                            ROBIN TAYLOR
18 |                                        Assistant U.S. Attorney

19 |

20 |                                 O R D E R

21 | For the reasons set forth above, the preliminary hearing is
22 | continued to **June 11, 2010, at 2:00 p.m.**  The Court finding good cause,
23 | time is excluded from May 28, 2010, through June 11, 2010.
24 | **IT IS SO ORDERED.**
25 | Dated: May **27**, 2010

26 |
27 |                                        _____
                                            DALE A. DROZD
28 |                                        United States Magistrate Judge

Stipulation and Order                      -2-