```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERICK BRESKI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-mj-0066-DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **PRELIMINARY HEARING** |
| v. ) | |
| ) | |
| DERICK BRESKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of June 11, 2010 be vacated, and a new preliminary examination hearing date of June 25, 2010, at 2:00 p.m. be set.

    This continuance is being requested because parties need additional time to negotiate a plea agreement with a waiver of grand jury indictment. In addition, defense counsel will not be available as he will be away from the office.

/ / /

/ / /

It is further stipulated and agreed between the parties that the period beginning June 11, 2010, through and including June 25, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: June 10, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DERICK BRESKI

Dated: June 10, 2010

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C.Bockmon for*
ROBIN TAYLOR
Assistant U.S. Attorney

## O R D E R

For the reasons set forth above, the preliminary hearing is continued to **June 25, 2010, at 2:00 p.m.**  The Court finding good cause, time is excluded from June 11, 2010, through June 25, 2010.

**IT IS SO ORDERED.**

Dated: June 11, 2010

U.S. MAGISTRATE JUDGE