DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERICK BRESKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-mj-0066-DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| DERICK BRESKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of June 25, 2010 be vacated, and a new preliminary examination hearing date of July 9, 2010, at 2:00 p.m. be set.

This continuance is being requested because parties need additional time to negotiate a plea agreement with a waiver of grand jury indictment.

/ / /

/ / /

/ / /

1    It is further stipulated and agreed between the parties that the
2 period beginning June 25, 2010, through and including July 9, 2010,
3 should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6 counsel.

7 Dated: June 24, 2010                    Respectfully submitted,

8                                         DANIEL J. BRODERICK
                                          Federal Defender
9

10                                        */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
11                                        Assistant Federal Defender
                                          Attorney for Defendant
12                                        DERICK BRESKI

13

14 Dated: June 24, 2010                   BENJAMIN B. WAGNER
                                          United States Attorney
15

16                                        */s/ Matthew C.Bockmon for*
                                          ROBIN TAYLOR
17                                        Assistant U.S. Attorney

18

19                          **O R D E R**

20   For the reasons set forth above, the preliminary hearing is
21 continued to **July 9, 2010, at 2:00 p.m**.  The Court finding good cause,
22 time is excluded from June 24, 2010, through July 9, 2010.
23 **IT IS SO ORDERED**.
24 Dated: June 28, 2010
25
                                          /s/ Gregory G. Hollows
26                                        _____
                                          GREGORY G. HOLLOWS
27                                        United States Magistrate Judge
   breski.eot
28

Stipulation and Order                -2-