1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERICK BRESKI

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )  No. 10-mj-0066-DAD
                                 )
12            Plaintiff,         )  **STIPULATION AND ORDER CONTINUING**
                                 )  **PRELIMINARY HEARING**
13     v.                        )
                                 )
14 DERICK BRESKI,                )
                                 )
15            Defendant.         )
                                 )
16 _____ )

17       IT IS HEREBY STIPULATED AND AGREED TO between the United States
18 of America through Robin Taylor, Assistant United States Attorney, and
19 DERICK BRESKI, by and through his counsel, Matthew C. Bockmon,
20 Assistant Federal Defender, that the preliminary examination hearing
21 date of July 9, 2010 be vacated, and a new preliminary examination
22 hearing date of July 16, 2010, at 2:00 p.m. be set.
23       This continuance is being requested because parties need
24 additional time to negotiate a plea agreement with a waiver of grand
25 jury indictment.
26 / / /
27 / / /
28 / / /

1   It is further stipulated and agreed between the parties that the
2 period beginning July 9, 2010, through and including July 16, 2010,
3 should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6 counsel.

Dated: July 9, 2010                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DERICK BRESKI


Dated: July 9, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Matthew C.Bockmon for*
                                       ROBIN TAYLOR
                                       Assistant U.S. Attorney


**O R D E R**

For the reasons set forth above, the preliminary hearing is continued to **July 16, 2010, at 2:00 p.m**.  The Court finding good cause, time is excluded from July 9, 2010, through July 16, 2010.

**IT IS SO ORDERED.**

Dated: July 9, 2010


                                        /s/ Edmund F. Brennan
                                       EDMUND F. BRENNAN
                                       United States Magistrate Judge


Stipulation and Order              -2-