```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DERICK BRESKI
```

**FILED**

JUL 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-mj-0066-DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| DERICK BRESKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Robin Taylor, Assistant United States Attorney, and DERICK BRESKI, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination hearing date of July 16, 2010 be vacated, and a new preliminary examination hearing date of July 30, 2010, at 2:00 p.m. be set.

This continuance is being requested because parties need additional time to negotiate a plea agreement with a waiver of grand jury indictment.

/ / /

/ / /

/ / /

It is further stipulated and agreed between the parties that the period beginning July 16, 2010, through and including July 30, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 15, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DERICK BRESKI

Dated: July 15, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
ROBIN TAYLOR
Assistant U.S. Attorney

ORDER

For the reasons set forth above, the preliminary hearing is continued to **July 30, 2010, at 2:00 p.m.**  The Court finding good cause, time is excluded from July 16, 2010, through July 30, 2010, at 2:00 p.m. before Magistrate Judge Kendall J. Newman.

**IT IS SO ORDERED.**

Dated: July 15, 2010

DALE A. DROZD
United States Magistrate Judge