BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00306 GEB |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| DERICK BRESKI, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Derick Breski, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b), defendant Derick Breski's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
   a. External hard drive,
   b. Thumb drive,
   c. Memory card,
   d. Dell Dimension lap top,
   e. Toshiba lap top,
   f. Autocad DVDs, and
   g. Software DVDs

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of

1 violations of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b).
2 Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that
3 any forfeited article or component of an article bearing or
4 consisting of a counterfeit mark be destroyed or otherwise disposed
5 of according to law.
6     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
7 designee) shall be authorized to seize the above-listed property.
8 The aforementioned property shall be seized and held by the United
9 States, in its secure custody and control.
10     4.  a.  Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating
11 21 U.S.C. § 853(n), and Local Rule 171, the United States shall
12 publish notice of the order of forfeiture.  Notice of this Order and
13 notice of the Attorney General's (or a designee's) intent to dispose
14 of the property in such manner as the Attorney General may direct
15 shall be posted for at least 30 consecutive days on the official
16 internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United
17 States may also, to the extent practicable, provide direct written
18 notice to any person known to have alleged an interest in the
19 property that is the subject of the order of forfeiture as a
20 substitute for published notice as to those persons so notified.
21       b.  This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60) days
24 from the first day of publication of the Notice of Forfeiture posted
25 on the official government forfeiture site, or within thirty (30)
26 days from receipt of direct written notice, whichever is earlier.
27     5.  If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

Dated:  September 30, 2010

GARLAND E. BURRELL, JR.
United States District Judge