BENJAMIN B. WAGNER
United States Attorney
LAUREL L. RIMON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00306 GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DERICK BRESKI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on October 1, 2010, this Court entered a Preliminary

Order of Forfeiture pursuant to the provisions of 18 U.S.C.

§ 2323(b), based upon the plea agreement entered into between

plaintiff and defendant Derick Breski forfeiting to the United

States the following property:

        a.  External hard drive,
        b.  Thumb drive,
        c.  Memory card,
        d.  Dell Dimension lap top,
        e.  Toshiba lap top,
        f.  Autocad DVDs, and
        g.  Software DVDs.

AND WHEREAS, beginning on October 6, 2010, for at least 30

consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Derick Breski.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The U. S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated:  January 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Final Order of Forfeiture