# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:** Derick BRESKI                **Docket Number:** 2:10CR00306-01

**Name of Judicial Officer:**   Senior United States District Judge Garland E. Burrell, Jr.

**Date of Original Sentence:**   12/17/2010

**Original Offense:** 17 U.S.C. § 506(a)(1)(A) and 18 USC 2319(b)(1) - Criminal Copyright Infringement (CLASS D FELONY)

**Original Sentence:** 15 months custody Bureau of Prisons; 36 months Term of Supervised Release; $100 special assessment; Mandatory testing; No firearms; DNA collection.

**Special Conditions:** 1) Warrantless Search; 2) Financial Disclosure; 3) Financial Restrictions; 4) Drug/Alcohol Treatment; 5) Drug/Alcohol Testing; 6) Mental Health Treatment; 7) Aftercare Co-payment; and 8) Cognitive Behavioral Treatment.

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   4/3/2012

**Other Court Actions:**

**06/25/2013:**   Probation Form 12A1 – Petition filed reporting the offender's use of a controlled substance (namely methamphetamine). Court approved the probation officer's plan for increased treatment and testing with no further action at that time.

**07/22/2014:**   Probation Form 12A1 – Petition filed reporting the offender's use of a controlled substance (namely methamphetamine). Court approved the probation officer's plan for increased substance abuse treatment and testing, mental health treatment, and MRT enrollment.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, until April 2, 2015, **and up to 10 additional days for substance abuse detoxification services if deemed necessary.**

**Justification:** On January 13, and February 2, 2015, Breski submitted urine samples which produced presumptive positive for amphetamine, in violation of the Mandatory Condition which states in part, *"the defendant shall refrain from any unlawful use of a controlled substance."*

Breski was strongly admonished for his violation conduct, directed to discontinue all illegal drug use, and informed that Court notification was forthcoming. In addition, the offender was instructed to report his relapse to his outpatient substance abuse group, Cognitive Behavioral Treatment group, and his mental health provider.

On February 10, 2015, Breski contacted the probation officer and reported he has continued using illicit drugs and was in need of more intensive substance abuse treatment. Moreover, the offender related sharing his continued substance abuse problem with various treatment providers and they suggested inpatient drug treatment (verified). As a result, the offender signed PROB 49, Consent to Modify Conditions, to which he agrees to enter and participate in Well-Space inpatient substance abuse treatment until the end of his supervision term which is set to expire on April, 2, 2015.

Respectfully submitted,

**/s/Vladimir Pajcin**

**VLADIMIR PAJCIN**
**United States Probation Officer**
Telephone: (916) 786-2357

**DATED:** 2/13/2015

Reviewed by,

**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time. Probation Officer to contact Court.

☐  Other

**Dated: February 13, 2015**

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney: Robin Taylor

Defense Counsel: Matthew Bockmon